**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-24177-ALTMAN**

HYRON FIGUEREDO, individually
and on behalf of all others
similarly situated,

        PLAINTIFF,

v.

TROPICALE FOODS, LLC,

        DEFENDANT.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

      Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P.

41(a)(1)(A)(i).

Dated:   April 18, 2024

                           Respectfully submitted,

                           The Wright Law Office, P.A.
                           /s/ Will Wright
                           William Wright
                           willwright@wrightlawoffice.com
                           515 N Flagler Dr Ste P300
                           West Palm Beach FL 33401
                           Tel: (561) 514-0904

**Certificate of Service**

I certify that on April 18, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Will Wright